

**Paul M. Secunda**
235 North Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Phone 262.780.1953
Fax 262.565.6469
psecunda@walcheskeluzi.com

October 31, 2022

**VIA CM/ECF ONLY**

Hon. William C. Griesbach
Jefferson Court Building
125 S. Jefferson Street, #102
Green Bay, WI 54301

   Re: *Cotter v. Matthews International Corp. et al.*
      Case No. 20-CV-1054-WCG-SCD (E.D. Wis.)

Dear Judge Griesbach:

I represent Plaintiff, Deborah Cotter, in the above-referenced civil action. On October 17, 2022, Magistrate Judge Dreis issued a report and recommendation which recommended that this Court grant Plaintiff's Civil L.R. 7(h) expedited non-dispositive motion for leave to file second amended complaint, ECF No. 41, and deny as moot the Defendants' motion to dismiss the amended complaint, ECF No. 22. *See* ECF No. 46.

Pursuant to Magistrate Dries' instructions, Plaintiff is now informing the Court in writing that she will not file a response or objection to the Magistrate's recommendation.

Thank for your attention to this matter.

             Sincerely,

             s/ *Paul M. Secunda*

             Paul M. Secunda
             Attorney at Law

**Southeast Wisconsin**
235 North Executive Drive, Suite 240
Brookfield, Wisconsin 53005

**Northern Wisconsin**
4321 West College Avenue, Suite 200
Appleton, Wisconsin 54915

**Northern Illinois**
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606