# United States District Court
EASTERN DISTRICT OF WISCONSIN

DEBORAH COTTER, individually and as representative of a class of participants and beneficiaries of the Matthews International Corporation 401(k) Plan,

        Plaintiff(s),

v.

MATTHEWS INTERNATIONAL CORPORATION, et al.,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-1054

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMSISED with prejudice.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: January 19, 2024

GINA M. COLLETTI
Clerk of Court

s/ Mara A. Corpus
(By) Deputy Clerk